AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

☑ ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Jeffrey W. Mitchem
Plaintiff

v.

CMS, Staff, ms. Othello, ms. Rice
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-308

I, Jeffrey W. Mitchem, declare that I am the (check appropriate box)

☑ (Petitioner/Plaintiff/Movant)   ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes  ☐ No  (If "No" go to Question 2)

   If "YES" state the place of your incarceration  HRYCI P.O. Box 9561 Wilmington DE 19809

   Inmate Identification Number (Required): 164815

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months transactions*

2. Are you currently employed?  ☐ Yes  ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   HRYCI Kitchen

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☑ | ☐ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   I get a $40.00 money order every 2 weeks for personal hygene and personal stuff

FILED MAY -9 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PO Scanned

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   · · Yes   ✓ No

   If "Yes" state the total amount $ N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   · · Yes   ✓ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

4/11/06
DATE

Jeffrey W. Mitchell
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE 19801
(BUSINESS ADDRESS)

06-308

# Memorandum

Pod 2Y 13

**To:** Jeffrey Mitchem

**From:** Ms. Hill (Business Office)

**Date:** April 13, 2006

**Re:** Response to your letter.

---

Mr. Mitchem,

Here is a copy of your resident account history per your request.

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
04/13/06 09:28
ST 007 / OPR JMH

SBI              : 164815
Resident Name    : MITCHEM, JEFFREY
Time Frame       : 10/04/2005 13:06 - 04/13/2006 09:28

------------------------------------------------------------------------------------
Date        Time    Type            ST    OPR    Receipt #        Amount      Balance
------------------------------------------------------------------------------------

10/04/2005  13:06   Add             4     CK     D33667            40.00        50.57
10/05/2005  06:28   Order           2     WLH    B82544            10.10        40.47
10/10/2005  07:36   Order           2     DDT    B83007            20.67        19.80
10/10/2005  13:49   Order           3     WLH    C9001              8.30        11.50
10/17/2005  07:54   Order           2     DDT    B84001            11.50         0.00
10/18/2005  09:38   Add             7     KTS    G7979             12.15        12.15
10/18/2005  12:08   Add             4     SED    D34513            40.00        52.15
10/31/2005  14:20   Order           2     DDT    B86312            12.34        39.81
11/04/2005  10:50   Credit          9     WLH    I5290             12.34        52.15
11/07/2005  06:49   Order           2     WLH    B86874            50.68         1.47
11/07/2005  12:32   Add             4     CK     D35804            40.00        41.47
11/14/2005  06:36   Order           2     DDT    B87816            26.88        14.59
11/15/2005  12:55   Add             4     CK     D36334            40.00        54.59
11/21/2005  05:45   Order           2     DDT    B88859            24.48        30.11
11/22/2005  07:30   Add             7     KTS    G8419             12.09        42.20
12/02/2005  06:46   Order           2     DDT    B90728            32.93         9.27
12/02/2005  11:44   Add             4     SEA    D37312           300.00       309.27
12/05/2005  08:56   Credit          3     WLH    C9743              2.50       311.77
12/05/2005  08:57   Order           3     WLH    C9744             39.00       272.77
12/09/2005  08:07   Order           2     DDT    B91652            51.64       221.13
12/15/2005  06:29   Order           3     WLH    C9931             99.00       122.13
12/15/2005  12:56   Add             4     SED    D38201            40.00       162.13
12/16/2005  07:19   Order           2     DDT    B92710            32.70       129.43
12/18/2005  19:23   Add             7     KTS    G8900             21.60       151.03
12/19/2005  09:30   Credit          3     WLH    C9950              1.25       152.28
12/19/2005  09:33   Order           3     WLH    C9951              4.15       148.13
12/23/2005  07:05   Order           2     WLH    B93784            20.31       127.82
12/27/2005  12:46   Add             4     SEA    D39126            40.00       167.82
12/30/2005  07:03   Order           2     DDT    B94734            33.45       134.37
01/09/2006  05:45   Order           2     WLH    B95658            32.92       101.45
01/09/2006  12:49   Credit          3     WLH    C10282             4.60       106.05
01/09/2006  12:52   Order           3     WLH    C10283             7.11        98.94
01/10/2006  12:34   Add             4     SED    D39927            40.00       138.94
01/13/2006  06:47   Order           2     WLH    B96799            37.46       101.48
01/16/2006  08:49   Order           3     WLH    C10523             0.06       101.42
01/23/2006  05:45   Order           2     DDT    B97683            38.73        62.69
01/23/2006  07:46   Add             7     KTS    G9241             13.86        76.55
01/24/2006  12:36   Add             4     SED    D40746            40.00       116.55
01/27/2006  09:07   Order           2     WLH    B98743            43.01        73.54
02/03/2006  10:51   Order           2     DDT    B99807            33.41        40.13
02/06/2006  12:03   Add             4     J      D41477            40.00        80.13
02/14/2006  08:41   Order           2     DDT    B101524           33.32        46.81
02/21/2006  11:23   Order           2     DDT    B102676           29.77        17.04
02/21/2006  11:36   Add             4     SEA    D42446            40.00        57.04
02/28/2006  13:24   Order           2     WLH    B103742           36.24        20.80
03/07/2006  11:47   Add             4     SEA    D43418            40.00        60.80
03/09/2006  05:50   Order           2     WLH    B104849           21.32        39.48
03/14/2006  09:21   Order           2     DDT    B105886           18.92        20.56
03/21/2006  10:01   Order           2     DDT    B107043           19.88         0.68
03/21/2006  11:59   Add             4     SEA    D44317            40.00        40.68
03/28/2006  10:14   Order           2     DDT    B108110           22.95        17.73
04/04/2006  13:26   Order           2     DDT    B109188           17.55         0.18
04/04/2006  13:55   Add             4     CK     D45204            40.00        40.18
04/11/2006  09:07   Order           2     DDT    B110216           26.35        13.83
```