Dear Clerk,                                5/30/06

    Please find Enclosed, the 06-308 Authorization form signed By me, for the prison to disburse Monies from my account.

    In the letter I recieved, it said I receive $140.93 a Month, which is <u>not</u> True. I get $40.00 Every 2 weeks, or $80.00 per Month, and have the <u>receipts</u> to prove it. there are Discrepancys in the numbers, But at this point, I don't Care! I Just want Someone to help me get <u>proper</u> <u>Medical</u> <u>treatment</u>.

thank you,

Jeffrey Mitchell



FILED
JUN - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

Jeffrey W. Mitchem
SBI# 164815
P.O. Box 9561
Wilmington, De.
19809

WILMINGTON DE 197
31 MAY 2006 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570