Office of The Clerk
United States District Court
844 N. King Street, lockBox 18
Wilmington, Delaware
        19801 - 3570

Jeffrey W. Mitchem
SBI# 164815
P.O. Box 9561
Wilmington, Delaware
        19809

Date: 6/20/06

RE: Mitchem V. Correctional Medical Services et al
Case Number: 1:06-CV-308(KAJ)

Dear Clerk,

    On 5/30/06 at 6:00 pm, I sent you authorization forms to bill my prison account, 20% of my funds, to file my law suit against C.M.S.

    Since then, I haven't heard anything back from the Courts.

    Could you please let me know the <u>status</u> of this case? Did you receive the forms?

    Thank you very much for your time.

                Sincerly,
                Jeffrey Mitchem

CC. Office of The Clerk
United States District Court
844 N. King Street, lockBox 18
Wilmington, Delaware
        19801 - 3570

CC. Personal file



FILED
JUN 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Maurice A Burke
SBI# 215298 UNIT W-B/06-630
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 JUN 2006 PM 2 L

U.S.M.s
X-RAY

Office of The Clerk
United State District Court
Lock Box 18
844 King Street
Wilmington, Delaware 19801

Legal Mail