Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
       19801-3570

Jeffrey W. Mitchem
SBI # 164815
H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
       19809

Date: 6/21/06

RE: Mitchem V. Correctional Medical Services et al

Case Number: 1:06 - CV - 308 (K.A.J.)

**FILED**
JUN 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

Dear Clerk,

    I wanted to let you know, That I'm Having problems Concerning The $28.19 needed To File This Suit;

    I was under The impression The Funds would "automatically" be deducted from my account, when I Receive money orders.

    I apologize for The Delay. No one ever Told me I had To fill out a "Pay To" Form "Here", in addition To The forms I Filled out for you, until yesterday, (6/20/06).

    Again, I apologize for The delay. I will Send The $28.19 Just as Soon as I get my next money order, which will be in about a week. Please Bare with me, as I've never Had To Do any of This To Receive Medical Treatment.

                      Sincerly,
                      Jeffrey Mitchem

CC: Clerk of The Court;
CC: Personal File

Jeffrey W. Mitchem
SQ#164815
H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
19809

WILMINGTON DE 197
23 JUN 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570