Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De.
19801-3570

Jeffrey W. Mitchem
S.B.I. # 164815
H.R.Y.C.I.
P.O. Box 9561
Wilmington, De.
19809

Date: 6/28/06

RE: Mitchem V. Correctional Medical Services et al
Case Number: 1:06-CV-308 (K.A.J.)

Dear Clerk,
Please find enclosed, a "Pay To" in the amount of $28.19 for fees, for the above case.
Again, I apologize for taking so long in getting it to you.
Thank you for being patient with me.
Sincerly,
Jeffrey Mitchem

CC. Clerk of The Court
CC. Personal File

P.S. Dear Clerk;
This "Pay to" was sent back to me from the mail room here.
It is now 6/29/06. I am having problems learning how to send stuff to the Courts.
The Seargant who signed the "Pay to" evidently didn't know either.
Could you Please, help me? I dont know what to do, and I'm not getting help here.
Thank you,
Jeffrey Mitchem

FILED JUL 03 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD scanned

Date: 6/28/06

Pay-To: Office of The Clerk

The Sum of: Twenty Eight Dollars

Amount: $ 28.19

and Cents .19 nineteen ¢

Address to whom sent:
Office of The clerk
U.S. District Court
844 N. King St, lock Box 18
Wilmington, De 19801-3570

SBI# 164815

Log # _____

Check # _____

Date of Ck _____

Inmate Signature: Jeffrey W. Mitchem

OIC Signature

Lieutenant Signature if Over $100.00

Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)



WILMINGTON DE 197
30 JUN 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware.
19801-3570

Jeffrey W. Mitchem
S.B.I. # 164815
H.R.Y.C.I.
P.O. Box 9561
Wilmington, De.
19809