OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 10, 2006

TO: Jeffrey W. Mitchem
SBI# 164815
HRYCI
P.O. Box 9561
Wilmington, DE 19809

*RE:* **Response letter in reference to prisoner payment;
06-308(KAJ)**

Dear Mr. Mitchem:

The Clerk's Office has no record of receiving payment in the above mentioned case. Please check with the business office, and if need be, provide them with another copy of the enclosed filing fee order.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: DI 4

Office of The Clerk
United States District Court
844 N. King Street, lockBox 18.
Wilmington, De.
19801-3570

Jeffrey W. Mitchem
S.B.I. # 164815
H.R.Y.C.I.
P.O. Box 9561
Wilmington, De.
19809

Date: 6/28/06

RE: Mitchem V. Correctional Medical Services et al.

Case Number: 1:06-CV-308 (K.A.J.)

FILED JUL 10 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD scanned

Dear Clerk,

Please find enclosed, a "Pay To" in the amount of $28.19 for Fees, for the above case.

Again, I apologize for taking so long in getting it to you.

Thank you for being patient with me.

Sincerly,
Jeffrey Mitchem

cc. Clerk of the Court
cc. Personal File

P.S. Dear Clerk;

This "Pay to" was sent back to me from the mail room here.

It is now 6/29/06. I am having problems learning how to send stuff to the Courts. The Seargant who signed the "Pay to" evidently didn't know either.

Could you Please, help me? I dont know what to do, and I'm not getting help here.

Thank you,
Jeffrey Mitchem