In The United States District Court
For The District of Delaware

Jeffrey W. Mitchem
    Plaintiff,
v.
Correctional Medical Services,
(C.M.S.)
    Defendents

Civil Action
No. 06-308-KAJ

FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Date; July 19, 2006

RE; a Dismissal, without Predjudice

Dear Judge Jordan,
    at This Time, I would like This case Dismissed without Predjudice, until Such a time I Can Speak with an attorney.
    I was Finally Taken To a Hospital for an E.M.G. Test on my Hand, and The Tech Said There is a good Possibility of <u>Permenant Nerve Damage, Due To the length of Time it Took Them To get me To The Hospital.</u> And, They Haven't Done a follow up Since, or Talked with me concerning <u>Treatment</u>.
    I do not wish To proceed in This matter without an attorney. I Have 8 months left in here, Then I'll Seek an attorney's Help.
                                    Sincerely,
                                    Jeffrey Mitchem

CC. District Court (KAJ)
CC. Personal File

[9]



WILMINGTON DE 197
20 JUL 2006 PM 1 L

Jeffrey W. Mitchem
#164915
P.O. Box 9561
Wilmington, De.
19809

United States District Court
Judge, Kent A. Jordan
c/o Clerk of the Court
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware.
19801-3570